FILED

09/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0446

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0446

STEPHANIE MOORING, Individually and as Personal
Representative of Estate of Eryon Barnett, Deceased,
to specifically include his Minor Son, B.J.W., and
Sarah Woolard, on behalf of B.J.W., a Minor,
Individually,

        Petitioner,

v.

MONTANA EIGHTEENTH JUJDICIAL DISTRICT
COURT, HON. RIENNE McElyea, Presiding,

        Respondent.

SEP 11 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Stephanie Mooring, by counsel, has filed a petition for a writ of supervisory control asking this Court to reverse two Eighteenth Judicial District Court orders denying Petitioner's discovery requests for peer-reviewed health care information regarding her son Eryon Barnett's death.

Having reviewed the petition, the Court deems it appropriate to obtain a response in accordance with M. R. App. P. 14(7)(a). Therefore,

IT IS ORDERED that the Eighteenth Judicial District Court, Defendant Bozeman Deaconess Hospital, or both are granted twenty days to respond to the petition.

The Clerk is directed to provide a copy of this Order to all counsel of record in Gallatin County Cause No. DV-18-235B, and to the Honorable Rienne H. McElyea, District Court Judge, presiding.

DATED this 11th day of September, 2020.

For the Court,

_____
Justice